UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00526-JDP |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~]ORDER TO DISMISS AND |
| | ) | VACATE BENCH TRIAL |
| v. | ) | |
| | ) | |
| CHRISTOPHER BRUBAKER, | ) | DATE: July 25, 2022 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Jeremy D. Peterson |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:21-po-00526-JDP is GRANTED.

It is further ordered that the bench trial scheduled on July 25, 2022, at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: July 21, 2022

HON. JEREMY D. PETERSON
United States Magistrate Judge